**Order entered March 15, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01424-CV

### TEXAS DEPARTMENT OF TRANSPORTATION, Appellant

### V.

### GLENDA REID, Appellee

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-18-0104**

## ORDER

Before the Court is appellant's March 14, 2019 motion for an extension of time to file a reply brief. We **GRANT** the motion and extend the time to **March 22, 2019**.

/s/     KEN MOLBERG
         JUSTICE